FILED

11/10/2022

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 22-0496

IN THE SUPREME COURT OF THE STATE OF MONTANA

No. DA 22-0496

STATE OF MONTANA,

Plaintiff and Appellee,

v.

MERLE RAYMOND BRANSTETTER,

Defendant and Appellant.

## GRANT

Pursuant to authority granted under Mont. R. App. P. 26(1), the Appellant is given an extension of time until December 14, 2022, to prepare, file, and serve the Appellant's opening brief.

Electronically signed by:
Bowen Greenwood
Clerk of the Supreme Court
November 10 2022